


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-CV-24277

COMPANHIA ENERGÉTICA POTIGUAR,

Plaintiff,

--against--

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and
CATERPILLAR AMERICAS CO.,

Defendants.

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jessie F. Beeber of the law firm of Venable LLP, Rockefeller Center, 1270 Avenue of the Americas, 24th Floor, New York, NY, Phone: 212-808-5677, for purposes of appearance as co-counsel on behalf of Companhia Energética Potiguarin the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jessie F. Beeber to receive electronic filings in this case, and in support thereof states as follows:

1. Jessie F. Beeber is not admitted to practice in the Southern Districtof Florida and is a member in good standing of the New York State Bar, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States Court of Appeals for

the Second Circuit.

2. Movant, Herman J. Russomanno, III, Esquire, of the law firm of Russomanno & Borrello, P.A., Museum Tower – Penthouse 2800, 150 West Flagler Street, Miami, FL 33130, Phone: 305-373-2101 is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jessie F. Beeber has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jessie F. Beeber, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jessie F. Beeber at the following email addresses: jbeeber@venable.com and nylitigationdocketing@venable.com

WHEREFORE, Herman J. Russomanno, III, Esquire, moves this Court to enter an Order permitting Jessie F. Beeber to appear before this Court on behalf of Companhia Energética Potiguar, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jessie F. Beeber.

Date: December 1, 2014

Respectfully submitted,

_____
Herman J. Russomanno, III
Florida Bar No. 021249
Herman2@russomanno.com
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, FL  33130
Phone: (305) 373-2101
Fax: (305) 373-2103
*Attorneys for Plaintiff Companhia Energética Potiguar*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-CV-24277

COMPANHIA ENERGÉTICA POTIGUAR,

    Plaintiff,

--against--

CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO. and CATERPILLAR AMERICAS CO.,

    Defendants.

## CERTIFICATION OF JESSIE F. BEEBER

Jessie F. Beeber, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York State Bar, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States Court of Appeals for the Second Circuit.

_____
Jessie F. Beeber

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by email to all counsel of record on December 1, 2014.

_____
Herman J. Russomanno, III

Case No.: 14-CV-24277

## SERVICE LIST

| | |
|---|---|
| RUSSOMANNO & BORRELLO, P.A.<br>Herman J. Russomanno, III, Esq.<br>Museum Tower – Penthouse 2800<br>150 West Flagler Street<br>Miami, FL 33130<br>Phone: (305) 373-2101<br>Fax:(305) 373-2103<br>Herman2@russomanno.com<br><br>VENABLE LLP<br>*Patrick J. Boyle<br>*Jessie F. Beeber<br>*Sarah S. Park<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, NY 10020<br>Phone: (212) 307-5500<br>Fax: (212) 307-5598<br>pboyle@venable.com<br>jbeeber@venable.com<br>spark@venable.com<br><br>*Randall K. Miller<br>*Nicholas M. DePalma<br>8010 Towers Crescent Drive, Suite 300<br>Tysons Corner, VA 22182<br>Phone: (703) 905-1449<br>Fax: (703) 821-8949<br>rkmiller@venable.com<br>nmdepalma@venable.com<br><br>*admitted pro hac vice<br><br>*Counsel for Plaintiff Companhia Energética Potiguar* | SEDGWICK LLP<br>Kimberly A. Cook<br>One Biscayne Tower, Suite 1500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br>Phone: (305) 670-4777<br>Fax: (305)670-7007<br>kimberly.cook@sedgwicklaw.com<br><br>*Counsel for Defendants Caterpillar Inc., Caterpillar Americas Services Co. and Caterpillar Americas Co.* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-CV-24277

COMPANHIA ENERGÉTICA POTIGUAR,

Plaintiff,

--against--

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and
CATERPILLAR AMERICAS CO.,

Defendants.

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Jessie F. Beeber, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jessie F. Beeber may appear and participate in this action on behalf of Companhia Energética Potiguar. The Clerk shall provide electronic notification of all

electronic filings to Jessie F. Beeber, at <u>jbeeber@venable.com</u> and <u>nylitigationdocketing@venable.com</u>

DONE AND ORDERED in Chambers at_____, Florida, this \_\_\_\_ day of _____, 2014.

_____
United States District Judge

Copies furnished to:
All Counsel of Record