**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 14-cv-24277-MARTINEZ-GOODMAN**

COMPANHIA ENERGETICA POTIGUAR,

    Plaintiff,

vs.

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and
CATERPILLAR AMERICAS CO.,

    Defendants.
_____/

## JOINT MOTION FOR BRIEF ENLARGEMENT OF TIME TO EXCHANGE EXPERT WITNESS SUMMARIES AND REPORTS AND REBUTTAL EXPERT WITNESS SUMMARIES AND REPORTS

    Plaintiff, COMPANHIA ENERGETICA POTIGUAR, and Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO., (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), respectfully move for a brief enlargement of time to exchange expert witness summaries and reports and rebuttal expert witness summaries and reports, and in support thereof, state as follows:

    1.    Pursuant to the Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge dated January 15, 2015 [D.E. # 26], the parties are required to exchange expert witness summaries and reports by March 23, 2015 and rebuttal expert witness summaries and reports by April 22, 2015.

    2.    Though the Parties have been actively engaged in discovery and have been working diligently in order to meet the deadline for exchanging expert witness reports, the

Parties require additional time to obtain the documents and information needed in order for them to exchange such reports.

3.  Accordingly, the Parties respectfully request an extension of time of thirty (30) days, until April 22, 2015, to exchange expert witness reports.

4.  Likewise, the Parties seek an extension of time of thirty (30) days, until May 22, 2015, to exchange rebuttal expert witness reports.

5.  The Parties agree that there will be no undue prejudice to either side as a result of the brief enlargement of time requested.

WHEREFORE, for the foregoing reasons, Plaintiff, COMPANHIA ENERGETICA POTIGUAR, and Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO., respectfully request that the Court grant an enlargement of time, through and including May 22, 2015, to allow for the exchange of expert witness summaries and reports, and an enlargement of time, through and including May 22, 2015, to allow for the exchange of rebuttal expert witness summaries and reports, and any further relief the Court deems just and proper.

Respectfully submitted this 18th day of March 2015,

| HALL, LAMB, AND HALL, P.A.<br><br>By: /s/ Andrew C. Hall<br>  Andrew C. Hall<br>  Florida Bar No. 111480<br>  andyhall@hlhlawfirm.com<br>  Matthew P. Leto<br>  Florida Bar No. 14504<br>  mleto@hlhlawfir.com<br><br>  2665 South Bayshore Drive | **SEDGWICK LLP**<br><br>By: /s/ Kimberly A. Cook<br>  Kimberly A. Cook<br>  Florida Bar No. 014320<br>  kimberly.cook@sedgwick.com<br>  Ramon A. Abadin<br>  Florida Bar No. 707988<br>  ramon.abadin@sedgwicklaw.com<br>  2 South Biscayne Blvd., Suite 1500<br>  Miami, Florida 33131 |

| | |
|---|---|
| Penthouse One<br>Miami, Florida 33133<br>Telephone: 305-374-5033<br>Facsimile: 305-374-5030<br><br>and<br><br>VENABLE LLP<br><br>Patrick J. Boyle<br>pboyle@venable.com<br>Jessie F. Beeber<br>jbeeber@venable.com<br>Sarah S. Park<br>spark@venable.com<br>Rockefeller Center<br>1270 Avenue of the Americas, 27th floor<br>New York, New York 10020<br>Telephone: 212-307-5500<br>Facsimile. 212-307-5598<br><br>*Attorneys for Plaintiff, COMPANHIA ENERGETICA POTIGUAR* | Telephone: 305-670-4777<br>Facsimile: 305-670-4777<br><br>and<br><br>Sherylle A.O. Francis<br>Florida Bar No. 00761621<br>sherylle.francis@sedgwicklaw.com<br>2400 East Commercial Blvd.<br>Suite 1100<br>Fort Lauderdale, Florida 33308<br>Telephone: 954-958-2500<br>Facsimile: 954-958-2513<br><br>*Attorneys for Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO* |