UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-24277-MARTINEZ-GOODMAN

COMPANHIA ENERGETICA POTIGUAR,

    Plaintiff,

vs.

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and
CATERPILLAR AMERICAS CO.,

    Defendants.
_____/

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND TO CONTINUE TRIAL DATE

Plaintiff, COMPANHIA ENERGETICA POTIGUAR ("Plaintiff"), and Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO. ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Local Rule 7.6, respectfully move to extend the current Scheduling Order deadlines and to continue the trial date, and in support thereof, state as follows:

    1.    Pursuant to the Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge dated January 15, 2015 [ECF No. 26], all discovery must be completed by June 11, 2015 and the trial is scheduled to commence during the two-week period beginning October 19, 2015.

    2.    However, there are compelling circumstances that constitute good cause for continuing the current Scheduling Order deadlines and the trial date pursuant to Local Rule 7.6.

3. Although a motion to dismiss based on *forum non conveniens* is still pending [ECF No. 27], and the Parties have been actively engaged in discovery, the Parties require additional time to exchange documents, to obtain information and evidence, to allow their experts to obtain necessary documentation and complete their expert reports, and to depose the witnesses the Parties have identified. These tasks simply cannot be completed in the next two months.

4. This is particularly true in light of Magistrate Judge Goodman's order at a discovery hearing held on April 10, 2015. *See* [ECF No. 65]. At the hearing, Magistrate Judge Goodman ordered that documents be produced by Caterpillar by May 4, 2015, as well as a briefing schedule regarding additional document production that does not conclude until May 13, 2015, and which could result in additional documents being produced. This briefing schedule prevents the parties from completing discovery by June 11, 2015. *See*, attached order [ECF No. 65].

5. As such, the Parties respectfully request that the current Scheduling Order deadlines be extended as set forth in the attached proposed Deadlines and Trial Date, which is agreed upon by the Parties.

6. The Parties agree that there will be no undue prejudice to either side as a result of the requested enlargements of time requested.

7. Attached in support of this Motion are the affidavits of Patrick J. Boyle, Esq. and Kimberly A. Cook, Esq., as required by Local Rule 7.6.

WHEREFORE, for the foregoing reasons, Plaintiff, COMPANHIA ENERGETICA POTIGUAR, and Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO., respectfully request that the Court extend the

current Scheduling Order and continue the trial date as set forth in the attached proposed Deadlines and Trial Date and grant any further relief the Court deems just and proper.

Respectfully submitted this 16th day of April 2015,

| HALL, LAMB, AND HALL, P.A.<br><br>By: /s/ Andrew C. Hall<br>    Andrew C. Hall<br>    Florida Bar No. 111480<br>    andyhall@hlhlawfirm.com<br>    Matthew P. Leto<br>    Florida Bar No. 14504<br>    mleto@hlhlawfirm.com<br><br>    2665 South Bayshore Drive<br>    Penthouse One<br>    Miami, Florida 33133<br>    Telephone: 305-374-5033<br>    Facsimile: 305-374-5030<br><br>and<br><br>**VENABLE LLP**<br><br>Patrick J. Boyle<br>pboyle@venable.com<br>Jessie F. Beeber<br>jbeeber@venable.com<br>Sarah S. Park<br>spark@venable.com<br>Nicholas M. Buell<br>nmbuell@venable.com<br>nylitigationdocketing@venable.com<br>Rockefeller Center<br>1270 Avenue of the Americas, 27th floor<br>New York, New York 10020<br>Telephone: 212-307-5500<br>Facsimile. 212-307-5598<br><br>*Attorneys for Plaintiff, COMPANHIA ENERGETICA POTIGUAR* | **SEDGWICK LLP**<br><br>By: /s/ Kimberly A. Cook<br>    Kimberly A. Cook<br>    Florida Bar No. 014320<br>    kimberly.cook@sedgwicklaw.com<br>    Ramon A. Abadin<br>    Florida Bar No. 707988<br>    ramon.abadin@sedgwicklaw.com<br>    2 South Biscayne Blvd., Suite 1500<br><br>    Miami, Florida 33131<br>    Telephone: 305-670-4777<br>    Facsimile: 305-670-7007<br><br>and<br><br>Sherylle A.O. Francis<br>Florida Bar No. 00761621<br>sherylle.francis@sedgwicklaw.com<br>2400 East Commercial Blvd.<br>Suite 1100<br>Fort Lauderdale, Florida 33308<br>Telephone: 954-958-2500<br>Facsimile: 954-958-2513<br><br>*Attorneys for Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO.* |

Case No. 14-CV-24277-MARTINEZ-GOODMAN<br>Page 4

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the CM/ECF on April 16th, 2015 on all counsel or parties of record on the Service List below.

s/ Kimberly A. Cook

## SERVICE LIST

*Companhia Energetica Potiguar v. Caterpillar Inc. et al.,*
USDC, S.D. Fla., Miami Division Case No. 14-24277 CIV-Martinez-Goodman

| | |
|---|---|
| **VENABLE LLP**<br><br>Patrick J. Boyle<br>Jessie F. Beeber<br>Sarah S. Park<br>Nicholas M. Buell<br>Rockefeller Center<br>1270 Avenue of the Americas<br>The Twenty-Fourth Floor<br>New York, NY 10020<br>Ph: (212) 307-5500<br>Fax: (212) 307-5598<br>pboyle@venable.com<br>jbeeber@venable.com<br>spark@venable.com<br>nmbuell@venable.com<br>nylitigationdocketing@venable.com<br><br><br>Randall K. Miller<br>Nicholas M. DePalma<br>8010 Towers Crescent Drive, Ste. 300<br>Tysons Corner, VA 22182<br>Ph: (703) 905-1449<br>Fax: (703) 821-8949<br>rkmiller@venable.com<br>nmdepalma@venable.com<br>*Counsel for Plaintiff* | **HALL, LAMB AND HALL, P.A.**<br><br>Andrew C. Hall<br>Matthew P. Leto<br>2665 South Bayshore Drive<br>Penthouse One<br>Miami, FL 33133<br>Ph: (305) 374-5033<br>Fax: (305) 374-5030<br>andyhall@hlhlawfirm.com<br>mleto@hlhlawfirm.com<br>*Local Counsel for Plaintiff* |

**Pretrial Deadlines and Trial Date**

DATE
Month/day/year

| | |
|---|---|
| September 28, 2015 | Parties shall exchange expert witness summaries and reports as required by Local Rule 16. |
| October 26, 2015 | Parties exchange rebuttal expert witness summaries and reports as required by Local Rule 16. |
| November 30, 2015 | All discovery, including expert discovery, shall be completed. |
| November 30, 2015 | A mediator must be selected. |
| December 4, 2015 | All summary judgment, Daubert, and other dispositive motions must be filed. |
| December 31, 2015 | Mediation shall be completed. |
| January 29, 2016 | All Pretrial Motions and Memoranda of Law must be filed. |
| January 29, 2016 | Joint Pretrial Stipulation must be filed. Parties shall exchange written lists containing the names and addresses of witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| February 15, 2016 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| February 15, 2016 | Deposition designations must be filed. |
| February 15, 2016 | Voir Dire questions submitted. |
| February 29, 2016 | Beginning of Trial Period. |