



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 14-24277-CIV-MARTINEZ-GOODMAN

COMPANHIA ENERGÉTICA POTIGUAR,

    Plaintiff,

vs.

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and CATERPILLAR
AMERICAS CO.,
    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Maria R. Coor of the law firm of Baker & Hostetler LLP, 1050 Connecticut Ave., N.W., Suite 1100, Washington, DC 20036, Tel. 202-861-1536, for purposes of appearance as co-counsel on behalf of Caterpillar Inc., Caterpillar Americas Services Co., and Caterpillar Americas Co., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Maria R. Coor to receive electronic filings in this case, and in support thereof states as follows:

    1.    Maria R. Coor is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar & District Court of District of Columbia.

2. Movant, Kimberly A. Cook, Esquire, of the law firm of Sedgwick LLP, 2 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131, 305-671-2159, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Maria R. Coor has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Maria R. Coor, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Maria R. Coor at email address: mcoor@bakerlaw.com

WHEREFORE, Kimberly A. Cook, moves this Court to enter an Order Maria R. Coor, to appear before this Court on behalf of Caterpillar Inc., Caterpillar Americas Services Co., and Caterpillar Americas Co., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Maria R. Coor.



Dated: August 13, 2015.

          Respectfully submitted,

**SEDGWICK LLP**
*Counsel for Caterpillar Inc., Caterpillar Americas Services Co., and Caterpillar Americas Co.*
One Biscayne Tower, Suite 1500
2 South Biscayne Boulevard
Miami, FL 33131-1822
Telephone: 305-671-2124
Facsimile: 877-540-6951

By: _____
**Kimberly A. Cook**
Florida Bar No. 714320
kimberly.cook@sedgwicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by electronic mail on August 13, 2015, on all counsel or parties of record on the service list.

By: _____
**Kimberly A. Cook**
Florida Bar No. 714320
kimberly.cook@sedgwicklaw.com


American LegalNet, Inc.
www.FormsWorkFlow.com

## SERVICE LIST
*Companhia Energetica Potiguar v. Caterpillar Inc. et al.,*
USDC, S.D. Fla., Miami Division Case No. 14-24277 CIV-Martinez-Goodman

| **VENABLE LLP** | **HALL, LAMB AND HALL, P.A.** |
|---|---|
| *Patrick J. Boyle<br>*Jessie F. Beeber<br>Sarah S. Park<br>Nicholas M. Buell<br>Rockefeller Center<br>1270 Avenue of the Americas<br>The Twenty-Fourth Floor<br>New York, NY 10020<br>Ph: (212) 307-5500<br>Fax: (212) 307-5598<br>pboyle@venable.com<br>jbeeber@venable.com<br>spark@venable.com<br>nmbuell@venable.com<br>nylitigationdocketing@venable.com<br><br>*Randall K. Miller<br>*Nicholas M. DePalma<br>8010 Towers Crescent Drive, Ste. 300<br>Tysons Corner, VA 22182<br>Ph: (703) 905-1449<br>Fax: (703) 821-8949<br>rkmiller@venable.com<br>nmdepalma@venable.com<br>*Counsel for Plaintiff*<br><br>*admitted pro hac vice<br>*Counsel for Plaintiff Companhia Energetica Potiguar* | Andrew C. Hall<br>Matthew P. Leto<br>2665 South Bayshore Drive<br>Penthouse One<br>Miami, FL 33133<br>Ph: (305) 374-5033<br>Fax: (305) 374-5030<br>andyhall@hlhlawfirm.com<br>mleto@hlhlawfirm.com<br>*Local Counsel for Plaintiff* |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-24277-CIV-MARTINEZ-GOODMAN

COMPANHIA ENERGÉTICA POTIGUAR.,

      Plaintiff,

vs.

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and CATERPILLAR
AMERICAS CO.,
      Defendant.

_____/

**CERTIFICATION OF MARIA R. COOR**

Maria R. Coor, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of District of Columbia Bar & District Court of District of Columbia.

_____
Maria R. Coor





## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MARIA COOR

was on **NOVEMBER 5, 2007** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **AUGUST 11, 2015**.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
> Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-24277-CIV-MARTINEZ-GOODMAN

COMPANHIA ENERGÉTICA POTIGUAR.,

      Plaintiff,

vs.

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and CATERPILLAR
AMERICAS CO.,
      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Maria R. Coor, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is GRANTED. Maria R. Coor, may appear and participate in this action on behalf of Caterpillar Inc., Caterpillar Americas Services Co., and Caterpillar Americas Co. The Clerk shall provide electronic notification of all electronic filings to Maria R. Coor, at mcoor@bakerlaw.com.



      DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2015.

                                          _____
                                          United States District Judge

Copies furnished to: All Counsel of Record

