UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-24277-MARTINEZ-GOODMAN

COMPANHIA ENERGETICA POTIGUAR,

    Plaintiff,

vs.

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and
CATERPILLAR AMERICAS CO.,

    Defendants.

_____

**JOINT MOTION FOR CONTINUANCE OF PRETRIAL DEADLINES
AND TRIAL DATE**

    Plaintiff, COMPANHIA ENERGETICA POTIGUAR, and Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO. (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.6, respectfully move to extend the current Scheduling Order deadlines and to continue the trial date, and in support thereof, state as follows:

    1.    Pursuant to the current Scheduling Order [ECF No. 177], all discovery must be completed by December 22, 2015.  Trial is scheduled to commence during the two-week period beginning March 21, 2016.

    2.    The parties are diligently engaged in discovery, but the number of depositions scheduled to occur between now and the close of discovery, as well as the fact that many depositions must be scheduled for longer than 7-hours due to (1) the necessity of a translator to

- 1 -

facilitate English-Portuguese communication, and (2) the dual role of certain witnesses as both expert witnesses and fact witnesses has led to the parties agreeing that good cause exists for an extension of the scheduling order to permit for the orderly completion of discovery. Witness unavailability especially in light of the upcoming holidays has also contributed to scheduling difficulties. At present, eighteen (18) witnesses have already been deposed, (9) of whom were deposed over two days. Approximately another eighteen (18) depositions remain to be taken and a few additional depositions may be necessary due to information obtained in the already noticed depositions.

3. The parties met and conferred regarding a joint proposed extension of pretrial deadlines in this matter on November 11, 2015, November 13, 2015, and November 24, 2015 and believe that there are compelling circumstances constituting good cause for extending the current Scheduling Order deadlines and trial date.

4. The parties agree that there will be no undue prejudice to either side as a result of the brief enlargement of time requested.

5. Attached in support of this Motion are the declarations of Patrick J. Boyle, Esq., and Shawnna M. Yashar, Esq., as required by Local Rule 7.6.

WHEREFORE, the parties jointly move the Court for an extension of deadlines in the form set forth in the accompanying Proposed Order and any further relief the Court deems just and proper.

Respectfully submitted this 24th day of November, 2015.

607710792.1

| HALL, LAMB, AND HALL, P.A. | SEDGWICK LLP |
|---|---|
| By: /s/ Matthew Leto | By: /s/ Charles S. Davant |
| Matthew P. Leto<br>Florida Bar No. 14504<br>mleto@hlhlawfir.com<br>Andrew C. Hall<br>Florida Bar No. 111480<br>andyhall@hlhlawfirm.com<br>2665 South Bayshore Drive<br>Penthouse One<br>Miami, Florida 33133<br>Telephone: 305-374-5033<br>Facsimile: 305-374-5030<br><br>and<br><br>VENABLE LLP<br><br>Patrick J. Boyle<br>pboyle@venable.com<br>Jessie F. Beeber<br>jbeeber@venable.com<br>Sarah S. Park<br>spark@venable.com<br>Rockefeller Center<br>1270 Avenue of the Americas, 27th floor<br>New York, New York 10020<br>Telephone: 212-307-5500<br>Facsimile. 212-307-5598<br><br>*Attorneys for Plaintiff, COMPANHIA ENERGETICA POTIGUAR* | Charles S. Davant<br>Florida Bar No. 15178<br>Charles.davant@sedgwick.com<br>Kimberly A. Cook<br>Florida Bar No. 014320<br>kimberly.cook@sedgwick.com<br>2 South Biscayne Blvd., Suite 1500<br>Miami, Florida 33131<br>Telephone: 305-670-4777<br>Facsimile: 305-670-4777<br><br>Sherylle A.O. Francis<br>Florida Bar No. 00761621<br>sherylle.francis@sedgwicklaw.com<br>2400 E. Commercial Blvd. Ste. 1100<br>Ft. Lauderdale, Florida 33308<br>Telephone: 954-958-2500<br>Facsimile: 954-958-2513<br><br>and<br><br>BAKER & HOSTETLER LLP<br><br>Robert G. Abrams<br>rabrams@bakerlaw.com<br>Gregory J. Commins, Jr.<br>gcommins@bakerlaw.com<br>Maria R. Coor<br>mcoor@bakerlaw.com<br>Shawnna M. Yashar<br>syashar@bakerlaw.com<br>Washington Square, Suite 1100<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036-5304<br>Telephone: 202.861.1500<br>Facsimile: 202.861.1783<br><br>*Attorneys for Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT MOTION FOR CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL DATE was served by CM/ECF on November 24, 2015, on all counsel or parties of record on the Service List below.

/s/ Charles S. Davant

Charles S. Davant

| VENABLE LLP | HALL, LAMB, AND HALL, P.A. |
|---|---|
| Patrick J. Boyle<br>pboyle@venable.com<br>Jessie F. Beeber<br>jbeeber@venable.com<br>Sarah S. Park<br>spark@venable.com<br>Rockefeller Center<br>1270 Avenue of the Americas, 27th floor<br>New York, New York 10020<br>Telephone: 212-307-5500<br>Facsimile. 212-307-5598<br><br>Randall K. Miller<br>Nicholas DePalma<br>8010 Towers Crescent Drive, Ste. 300<br>Tysons Corner, VA 22182<br>Telephone: 703-905-1449<br>Facsimile: 703-821-8949<br>rkmiller@venable.com<br>nmdepalma@venable.com<br><br>*Counsel for Plaintiff* | Andrew C. Hall<br>Florida Bar No. 111480<br>andyhall@hlhlawfirm.com<br>Matthew P. Leto<br>Florida Bar No. 14504<br>mleto@hlhlawfir.com<br>2665 South Bayshore Drive<br>Penthouse One<br>Miami, Florida 33133<br>Telephone: 305-374-5033<br>Facsimile: 305-374-5030<br><br>*Local Counsel for Plaintiff* |