UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 14-24277-CIV-MARTINEZ-GOODMAN**

COMPANHIA ENERGÉTICA POTIGUAR,
    Plaintiff,

vs.

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and
CATERPILLAR AMERICAS CO.,
    Defendants.
_____/

## ORDER GRANTING IN PART JOINT MOTION FOR CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL DATE

THIS CAUSE came before the Court upon the parties' Joint Motion for Continuance of Pretrial Deadlines and Trial Date [ECF No. 207]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The parties' Joint Motion for Continuance of Pretrial Deadlines and Trial Date [ECF No. 207] is **GRANTED IN PART** as set forth herein.

2. The previous calendar call and trial dates are hereby **CANCELLED**.

3. Trial is rescheduled to commence during the two-week period beginning **Monday, April 18, 2016** before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Suite 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, April 14, 2016 at 1:30 p.m.** at the same location.

4. The following deadlines contained in this Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [ECF No. 26] (the "Scheduling Order") shall be modified as follows:

| | |
|---|---|
| 01-25-2016 | A mediator must be selected. |
| 01-29-2016 | All discovery, including expert discovery, shall be completed. |
| 02-08-2016 | All *Daubert*, summary judgment, and other dispositive motions must be filed. |
| Note: | In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| 03-09-2016 | Mediation shall be completed. |
| 03-21-2016 | All pretrial motions and memoranda of law,[1] such as motions in limine, must be filed. |
| 03-29-2016 | Joint pretrial stipulation must be filed. |
| 04-11-2016 | Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed. |
| 04-13-2016 | Proposed voir dire questions must be filed. |
| 04-14-2016 | Deposition designations must be filed. |

5.   The Court's Scheduling Order shall otherwise remain in full force and affect and, absent compelling circumstances, this schedule shall not be modified.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of November, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record

---

[1] This deadline does not pertain to *Daubert*, summary judgment, and other dispositive motions as a specific deadline has already been provided for these motions.