UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 14-24277-CIV-MARTINEZ-GOODMAN

COMPANHIA ENERGÉTICA POTIGUAR,
    Plaintiff,

vs.

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and
CATERPILLAR AMERICAS CO.,
    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Objection [ECF No. 373] to Magistrate Judge Goodman's order granting Defendants' Motion to Strike Ole Haaland's Declaration [ECF No. 361]. After careful consideration, this Court finds that this order is not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A); S.D. Fla. Magistrate Judge Local Rule 4(a)(1).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

Plaintiff's Objection [ECF No. 373] is **DENIED** and Magistrate Judge Goodman's order granting Defendants' Motion to Strike Ole Haaland's Declaration [ECF No. 361] is **AFFIRMED** and **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of September, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record