UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 14-24277-CIV-MARTINEZ-GOODMAN

COMPANHIA ENERGÉTICA POTIGUAR,
    Plaintiff,

vs.

CATERPILLAR INC., et al.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendants' sealed motion to exclude the opinions and testimony of John Poulson, Ole Haaland, Joseph Crosson, James Fitch, and Henry Fuentes (the "Motion") [ECF No. 300]. Magistrate Judge Goodman filed an initial Report and Recommendation addressing only a portion of the Motion, *i.e.*, the opinions and testimony of Henry Fuentes [ECF No. 371]. With respect to Henry Fuentes only, Magistrate Judge Goodman recommended that the motion be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Goodman's Report and Recommendation [ECF No. 371] is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that the portion of the Defendants' sealed motion to exclude the opinions and testimony of Henry Fuentes (the "Motion") [ECF No. 300] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of September, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman; All Counsel of Record