UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-CIV-24277-Martinez/Otazo-Reyes

COMPANHIA ENERGÉTICA POTIGUAR,

    Plaintiff,

    --against—

CATERPILLAR INC., CATERPILLAR
AMERICAS SERVICES CO. and
CATERPILLAR AMERICAS CO.,

    Defendants.

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINE**

Plaintiff Companhia Energética Portiguar ("Plaintiff") and Defendants, Caterpillar Inc., Caterpillar Americas Services Co., and Caterpillar Americas Co. ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), respectfully move to extend the current Scheduling Order deadline with respect to deposition designations, and in support thereof, state as follows:

1.    Pursuant to the Order Revising Pretrial Schedule (ECF No. 452), the Parties are required to jointly file a single transcript for each deposition designated to be used at trial following the procedures set forth in ECF No. 26 ¶¶ 5(b) and (c).

2.    The Parties have been working diligently in order to produce a single transcript containing both Plaintiff and Defendants' designations and objections for each deponent; however, given the volume of depositions to be designated, the Parties require additional time to produce a single joint transcript for each designated deposition.

1

3. Accordingly, the Parties respectfully request an extension of time of three (3) days, until January 17, 2020, to file a single joint transcript for each designated deposition.

4. The Parties agree that there will be no undue prejudice to either side as a result of the extension of time requested.

WHEREFORE, for the foregoing reasons, Plaintiff, Companhia Energética Portiguar, and Defendants, Caterpillar Inc., Caterpillar Americas Services Co., and Caterpillar Americas Co., respectfully request that the Court grant an extension of time, through and including January 17, 2020, to allow for the filing of a single joint transcript for each designated deposition, and any further relief the Court deems just and proper.

Respectfully submitted this 13th day of January 2020,

| | |
|---|---|
| **MARCOS D. JIMENEZ, P.A.** | **HALL, LAMB, HALL & LETO, P.A.** |
| By: */s/ Marcos Daniel Jimenez* | By: */s/ Matthew P. Leto* |
| Marcos Daniel Jimenez | Matthew P. Leto, Esq. |
| Florida Bar No. 441503 | 2665 South Bayshore Drive |
| 225 Alhambra Circle, Suite 800 | Penthouse One |
| Coral Gables, Florida 33134 | Miami, Florida 33133 |
| Telephone: 305-570-3249 | Telephone: 305-374-5033 |
| Facsimile: 305-437-8158 | Facsimile: 305-374-5030 |
| mdj@mdjlegal.com | mleto@hlhlawfirm.com |
| | |
| *Attorneys for Defendants CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO.* | and |
| | **VENABLE LLP** |
| | *Jessie F. Beeber |
| | *Patrick J. Boyle |
| | Rockefeller Center |
| | 1270 Avenue of the Americas, 24th Floor |
| | New York, New York 10020 |
| | Telephone: 212-307-5500 |
| | Facsimile: 212-307-5598 |

jbeeber@venable.com
pboyle@venable.com

*Attorneys for Plaintiff, COMPANHIA ENERGETICA POTIGUAR*
*\*admitted pro hac vice*