UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CV-24277-Martinez/Louis

COMPANHIA ENERGÉTICA POTIGUAR,

                Plaintiff,

v.

CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO.,

                Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, COMPANHIA ENERGÉTICA POTIGUAR, and Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO. have reached a settlement. Accordingly, the parties stipulate and agree that this action should be dismissed, with prejudice.

| **LETO LAW FIRM** | **MARCOS JIMENEZ, P.A.** |
|---|---|
| By: */s/ Matthew P. Leto*<br>    Matthew P. Leto<br>    Florida Bar No. 14504<br>    mleto@letolawfirm.com<br><br>    Leto Law Firm<br>    201 South Biscayne Blvd.<br>    Suite 2700<br>    Miami, FL 33131<br>    Telephone: 305-341-3155<br>    Facsimile: 305-3971168<br><br>    and | By: */s/ Marcos Daniel Jimenez*<br>    Marcos D. Jimenez<br>    Florida Bar No. 441503<br>    mdj@mdjlegal.com<br><br>    Marcos D. Jimenez, P.A.<br>    255 Alhambra Circle<br>    Suite 800<br>    Coral Gables, FL 33134<br>    Telephone: 305-570-3249<br><br>    and |

Case No. 14-CV-24277-MARTINEZ-LOUIS
Page 2

| **VENABLE LLP** | **MCGUIREWOODS LLP** |
|---|---|
| Patrick J. Boyle<br>pboyle@venable.com<br>Jessie F. Beeber<br>jbeeber@venable.com<br>Rockefeller Center<br>1270 Avenue of the Americas, 27th floor<br>New York, New York 10020<br>Telephone: 212-307-5500<br>Facsimile. 212-307-5598<br><br>*Attorneys for Plaintiff, COMPANHIA ENERGÉTICA POTIGUAR* | Jonathan P. Harmon<br>jharmon@mcguirewoods.com<br>Diane P. Flannery<br>dflannery@mcguirewoods.com<br>Gregory J. DuBoff<br>gduboff@mcguirewoods.com<br>McGuire Woods LLP<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: 804-775-1000<br>Facsimile: 804-775-1061<br><br>*Attorneys for Defendants, CATERPILLAR INC., CATERPILLAR AMERICAS SERVICES CO., and CATERPILLAR AMERICAS CO.* |

Case No. 14-CV-24277-MARTINEZ-LOUIS
Page 3

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 22, 2020, a true and correct copy of the foregoing was electronically served upon filing via CM/ECF system to all counsel of record.

/s/ Matthew P. Leto
Matthew P. Leto